IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lynn Glasser, et al., | ) | C/A No. 3:11-1086-JFA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Blue World Pools, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      The court has been informed that after nearly fourteen months, the plaintiffs in the above reference action have not taken steps to initiate arbitration proceedings. This case remains active on this court's docket at the present time.

      The plaintiffs are hereby requested to indicate to the court, in writing, whether they intend to pursue arbitration or not. If no response is received by this court from the plaintiffs within fourteen days from the date of this order, the court will dismiss this action with prejudice.

      IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

August 31, 2012  
Columbia, South Carolina

                                               Joseph F. Anderson, Jr.  
                                               United States District Judge